**IN THE UNITED STATES BANKRUPTCY COURT FOR**

**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF: CHAPTER 13 NO.:
Gena L Williams 21-01695 KMS

**RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, David Rawlings, pursuant to 11 U.S.C. §347 and rule 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Tricare Health Insurance | P O Box 7981, Madison, WI 53707 | $1233.72 |

THAT the Trustee mailed a check to the referenced debtor/creditor at the address listed above, and said check was not presented for payment or the United States Postal Service returned said check and it has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts.

Dated: November 18, 2026

Respectfully submitted,

/s/ David Rawlings
David Rawlings
Chapter 13 Standing Trustee
P.O. Box 566
Hattiesburg, MS 39403

CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Standing Trustee, do hereby certify that I have this day served a true and correct copy of the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following parties by U. S. Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov
kdorrell@bondnbotes.com
Tricare Health Insurance, P O Box 7981, Madison, WI 53707

Dated: November 18, 2026

/s/ David Rawlings
David Rawlings