# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Nov 23, 2026 1:14PM

David Rawlings, Chapter 13 Trustee

Rcpt. No: 30001219 Trans. Date: Nov 23, 2026 1:14PM Cashier ID: #DCSs (3665)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 21-50981-KMS | 1 | 3.04 | 3.04 |
| UC | UNCLAIMED FUNDS | 21-01695-KMS | 1 | 1233.72 | 1233.72 |
| UC | UNCLAIMED FUNDS | 23-51290-KMS | 1 | 2.82 | 2.82 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #8029463 | 11/23/2026 | $1,239.58 |
| | | | Total Due Prior to Payment: | $1,239.58 |
| | | | Total Tendered: | $1,239.58 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Debtor:** JODY DALE PIERCE and Eva Rose Pierce

**Debtor:** Gena L Williamson

**Debtor:** Peggy Dianne Hogan

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
Gena L Williams

CHAPTER 13 NO.:
21-01695 KMS

**RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, David Rawlings, pursuant to 11 U.S.C. §347 and rule 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Tricare Health Insurance | P O Box 7981, Madison, WI 53707 | $1233.72 |

THAT the Trustee mailed a check to the referenced debtor/creditor at the address listed above, and said check was not presented for payment or the United States Postal Service returned said check and it has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts.

Dated: November 18, 2026

Respectfully submitted,

/s/ David Rawlings
David Rawlings
Chapter 13 Standing Trustee
P.O. Box 566
Hattiesburg, MS 39403

CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Standing Trustee, do hereby certify that I have this day served a true and correct copy of the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following parties by U. S. Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov
kdorrell@bondnbotes.com
Tricare Health Insurance, P O Box 7981, Madison, WI 53707

Dated: November 18, 2026

/s/ David Rawlings
David Rawlings

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

NOV 23 2026

Danny L. Miller, Clerk of Court
By:__________,Deputy Clerk

**David Rawlings**
CHAPTER 13 STANDING TRUSTEE
Post Office Box 566
Hattiesburg, Mississippi 39403

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
NOV 23 2026
Danny L. Miller, Clerk of Court
By: ____, Deputy Clerk

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 39401
02 7H
0006090911
$ 001.07⁰
NOV 18 2026

U. S. Bankruptcy Court
ATTN: Financial Administrator
Thad Cochran United States Courthouse
501 E. Court Street, Ste 2.300
Jackson, MS 39201

3920185036 C006